ROY ANDERSON et al., Appellants, *v.* CITY OF NEW YORK, Respondent.

Argued January 11, 1954; decided March 4, 1954.

*Samuel Resnicoff* for appellants.

*Denis M. Hurley, Corporation Counsel (Andrew Bellanca* and *Seymour B. Quel* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.